```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SERVICE EMPLOYEES INTER-     )
NATIONAL UNION, LOCAL 3,     )
SECTION 29, ET AL.,          )
     Plaintiffs,             )
                             )
     v.                      )  Civil Action No. 04-67
                             )
INDEPENDENCE MANAGEMENT      )
COMPANY, INC., ET AL.,       )
     Defendants.             )
```

## JUDGMENT ORDER

AND NOW, this 20th day of December, 2005, IT IS HEREBY ORDERED that judgment is entered in favor of defendants, Independence Management Company, Inc., d/b/a Independence Management, Independence Enterprises, Inc. and Centre City Partners, L.P., and plaintiffs, Service Employees International Union, Local 3, Section 29, Thomas Bell, Harriet Bryant, Timothy Golling, Stanley Jones, Anna Kinsey, Mary Krug, Harrison Marshman, Edward Pleasniak and Lorraine Woods.

                              BY THE COURT:

                              s/Gary L. Lancaster
_____ Gary L. Lancaster,
                              United States District Judge